UNITED STATES DISTRICT COURT 2013 JUN 27 AM 9:59
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Tremaine Maclin Forbers
95 North Fork Drive
Moscow, Tn 38057
(Name of plaintiff or plaintiffs)

v.      CIVIL ACTION NO._____

Kellogg Co
585 Morrison Road
Rossville, Tn. 38056
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Tremaine Maclin Forbers
(name of plaintiff)

is a citizen of the United States and resides at  95 North Fork Drive
(street address)

Moscow                USA                        Tenn.
(city)              (country)                    (state)

38057                              901 219-4427
(zip code)                        (telephone number)

Revised 4-18-08

3. Defendant __Kellogg Co.__
(defendant's name)
lives at, or its business is located at __585 Morrison Road__
(street address)
__Rossville Tn 38056__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__Kellogg Co   585 Morrison Road__
(street address)
__Rossville__    __USA__    __Tn__    __38056__
(city)      (country)    (state)     (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __June/July 2012__
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __15__   __August__   __2012__
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __15__   __August__   __2012__
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __29/M3/2013__. (Attach a copy of the notice to
(day)  (month)  (year)
this complaint.)

9. Because of plaintiff's (1) __✓__ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) __✓__ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___

10. The circumstances under which defendant discriminated against plaintiff were as follows: I made an error at my job me and my coworkers fixxed the error. I was told I could be disciplined for my mistake and was. Upon my suspension a couple (3-4) white coworkers made an job error in my department. They received no discipline or anything for their errors. There is a chain of commander at my job (former) when this was brought up they had no reason for it. While I was on suspension The company acknowledge errors in the way discipline was done throughout and changes were made. While I was on suspension. The white coworkers were not disciplined either though.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ✓ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ✓ Defendant be directed to financial compensation for loss of wages and financial stress

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes ( ) No (✓)

*[signature]*
SIGNATURE OF PLAINTIFF

Revised 4-18-08