UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**TREMAINE MACLIN FORBERS**                **JUDGMENT IN A CIVIL CASE**

**v.**

**KELLOGG CO.**                             **CASE NO: 13-2479-A**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on September 10, 2014, this cause is hereby dismissed.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 9/10/2014**                             **THOMAS M. GOULD**
                                                **Clerk of Court**

                                                **s/Terry L. Haley**
                                            **(By)  Deputy Clerk**